[Nos. 12435-1-II; 12437-8-II. Division Two. June 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PERCY J. McCRAY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. WALTER CUNNINGHAM, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 87-1-01118-8, Thomas R. Sauriol, J., entered August 10, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12094-1-II. Division Two. June 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMETRIOUS JEROME HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-02941-9, Thomas R. Sauriol, J., entered June 21, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 11929-3-II. Division Two. June 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMOND LAVELLE LOWE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 171533R070, Donald H. Thompson, J., entered March 3, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.